FILED

OCT 2 8 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## VERDICT

On plaintiff Clayton Rockman's claim against defendant Tom Maue, we find in favor of

*Tom Maue*
(Plaintiff, Clayton Rockman or Defendant, Tom Maue)

On plaintiff Clayton Rockman's claim against defendant Danny Jaimet, we find in favor of

*Danny Jaimet*
(Plaintiff, Clayton Rockman or Defendant, Danny Jaimet)

**Note:** Complete the following paragraphs only if one or more of the above findings is in favor of plaintiff.

We find plaintiff, Clayton Rockman's damages to be:

$_____ (stating the amount, or if you find that plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

**Note:** You may not award punitive damages against any defendant unless you have first found against that defendant and awarded plaintiff nominal or actual damages.

We assess punitive damages, if any, against defendant Tom Maue as follows:

$_____ (stating the amount or, if none, write the word "none").

We assess punitive damages, if any, against defendant Danny Jaimet as follows:

$_____ (stating the amount or, if none, write the word "none").

Foreperson: *[signatures of jurors]*