_Plaintiff_

# United States District Court

**DISTRICT OF** Illinois  _Southern_

Clayton Rockman
v.
Darney Jaimet, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-649

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Phil Gilbert | Cheryl Erdman | Christopher Higgins |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10/28/04 | Sue McCorkle | Sue Reynolds |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | 10/28/04 | | | Clayton Rockman |
| 8 | | 10/28/04 | ✓ | ✓ | Certified Weather report |
| 2 | | 10/28/04 | ✓ | ✓ | Shift reports |
| 9 | ✓ | 10/28/04 | ✓ | ✓ | Guidelines from Roger Cowan 7/11/99 |
| 5 | | 10/28/04 | ✓ | ✓ | Memo from Clayton Rockman dtd 7/28/99 |
| 4 | | 10/28/04 | ✓ | ✓ | Memo from Thomas Mane dtd 7/23/99 |
| WIT | | 10/28/04 | | | Thomas Mane |
| 11 | | 10/28/04 | ✓ | ✓ | Memo from Roger Cowan dtd 9/10/99 |
| WIT | | 10/28/04 | | | Darney Jaimet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages