## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAYTON ROCKMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2000-CV-649-JPG |
| | ) |
| SUPERINTENDENT JAIMET and | ) |
| CAPTAIN MAUE, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**

The following **IS** hereby **ORDERED AND ADJUDGED**:

1. Having come before the Court on the Court's 28 U.S.C. §1915A threshold determination, and the Court having rendered its decision, Plaintiff's claims against Defendants Pierce, McKinney, Broombaugh, Heideman and Rennison, in this case, are **DISMISSED WITH PREJUDICE**.

2. Having come before the Court on Defendants' motion to dismiss, and the Court having rendered its decision, Plaintiff's claims against Defendants Snyder, Cowan and Hirsch, in this case, are **DISMISSED WITH PREJUDICE**.

3. Having come before the Court on a verdict rendered by the jury in this case, and the Court having reviewed that verdict, Plaintiff's remaining claims against Defendants Jaimet and Maue, in this case, are **DISMISSED WITH PREJUDICE**.

4. Plaintiff shall take nothing from this suit.

**DATE: February 2, 2005.**

**NORBERT G. JAWORSKI, CLERK**

**s/Judith Prock, Deputy Clerk**

**APPROVED:    /s/ J. Phil Gilbert**
          **J. PHIL GILBERT**
          **U.S. District Judge**